IN RE GRAND JURY 93-1

The petitioner Joseph F. Croughwell's petition for certification for appeal from the Appellate Court is dismissed.

*Karen K. Buffkin,* special counsel, in support of the petition.

Decided February 10, 1995